UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**PETER D. CRESCENZO,**

    **Plaintiff,**

v.                                         Case No.: 09-cv-60685

**ER SOLUTIONS, INC., and
CRI PURCHASING CORP.,**

    **Defendants.**

_____/

### **DEFENDANT, CRI PURCHASING CORP., RULE 7.1 DISCLOSURES**

Defendants, CRI Purchasing Corp., pursuant to Federal Rule of Civil Procedure 7.1, hereby states that CRI Purchasing Corp. is owned by Convergent Resources Holdings, LLC, a privately held, Delaware Corporation. There is no publicly held entity that owns ten percent or more of CRI Purchasing Corp.'s stock.

Dated June 5, 2009

                                                  Respectfully Submitted,

                                                  /s/ Steven M. Canter_____
                                                  Steven M. Canter
                                                  FBN: 605891
                                                  Barbara A. Sinsley
                                                  FBN: 844810
                                                  bsinsley@bns-law.com
                                                  scanter@bns-law.com
                                                  Barron, Newburger & Sinsley, PLLC
                                                  205 Crystal Grove Blvd., Suite 102
                                                  Lutz, FL 33548
                                                  Telephone: 813-500-3636
                                                  Facsimile: 813-949-6163
                                                  Attorney for Defendants

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served via U.S. Mail or by the Court's CM/ECF system on June 5, 2009 which will send electronic filing to: Mr. Donald A. Yarbrough, P.O. Box 11842, Ft. Lauderdale, FL 33339.

/s/ Steven M. Canter_____
Steven M. Canter