UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 09-60685-Civ-Dimitrouleas/Snow

PETER D. CRESCENZO,

    Plaintiff,

v.

ER SOLUTIONS, INC. and
CRI PURCHASING CORP.,

    Defendants.
_____/

## DECLARATION OF PETER D. CRESCENZO
## IN OPPOSITION TO DEFENDANTS MOTION FOR PARTIAL SUMMARY JUDGMENT

    I, PETER D. CRESCENZO, declare under penalty of perjury, as provided for by the laws of the United States, 28 U.S.C. §1746, that the following statements are true:

1. I am a resident of Broward County, Florida.

2. I am the Plaintiff in this lawsuit.

3. My date of birth is October 26, 1948.

4. My social security number ends in 6036.

5. I have never had an account at Washington Mutual Bank.

6. I have never had any business dealings with Washington Mutual Bank, nor have I ever owed it money.

7. I did not consent to calls placed to my home by Washington Mutual Bank or its debt collectors.

1

8.      I understand that the Defendants have claimed that they obtained information about me as a result of my application for a mortgage to a company called Premiere Mortgage. The is not true. I have lived in the same home for over 30 years and my mortgage was paid off in 1991. I have never applied to Premiere Mortgage or any mortgage company for any mortgage since my original mortgage was paid off in 1991.

9.      I received pre-recorded voice mail messages from ER Solutions, Inc. on my home telephone. I do not know the exact number but I retained recordings of four of the messages.

10.     I received the following pre-recorded messages on my home telephone on or about the date stated:

<u>May 8, 2008</u>
**Pre-recorded voice:** Hello. This message is for Peter Crescenzo and my number is 877-227-0053. If you are not the person I asked for, please hang up or disconnect. If you are the right person, then please continue to listen. There will now be a short pause to allow you to disconnect. By continuing to listen to this message, you acknowledge you are Peter Crescenzo. This is Kelly Smith from ER Solutions. I am calling because I have an attractive settlement offer for you; however, time is limited, so it is important that you contact us. Please contact me at 877-227-0053. Thank you.

<u>May 12, 2009</u>
**Pre-recorded voice:** Hello. This message is for Peter Crescenzo and my number is 877-227-0053. If you are not the person I asked for, please hang up or disconnect. If you are the right person, then please continue to listen. There will now be a short pause to allow you to disconnect. By continuing to listen to this message, you acknowledge you are Peter Crescenzo. This is Kelly Smith from ER Solutions. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact me at 877-227-0053. Thank you.

<u>June 9, 2008</u>

**Pre-recorded voice:** Hello. This message is for Peter Crescenzo and my number is 877-227-0053. If you are not the person I asked for, please hang up or disconnect. If you are the right person, then please continue to listen. There will now be a short pause to allow you to disconnect. By continuing to listen to this message, you acknowledge you are Peter Crescenzo. This is Kelly Smith from ER Solutions. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact me at 877-227-0053. Thank you.

<u>September 3, 2008</u>
**Pre-recorded voice:** It's important that we speak with you, we'll be with you shortly. Thank you. Hello, please hold for the first available representative.  It's important that we speak with you, we'll be with you shortly  Thank you.
Hello, please hold for the first available representative, it's important that we speak with you, we'll be with you shortly. Thank you.
Hello, please hold for the first available representative, it's important that we speak with you, we'll be with you shortly. Thank you.
**Human voice:** Hello. Hello.

Executed in Fort Lauderdale, Broward County, Florida this 15 day of March, 2010.

<u>s/ Peter D. Crescenzo</u>
Peter D. Crescenzo

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 09-60685-Civ-Dimitrouleas/Snow

PETER D. CRESCENZO,

    Plaintiff,
v.

ER SOLUTIONS, INC. and
CRI PURCHASING CORP.,

    Defendants.
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 15, 2010, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                  s/Donald A. Yarbrough
                                                Donald A. Yarbrough, Esq.

## SERVICE LIST

Ms. Barbara A. Sinsley, Esq.
Barron, Newburger & Sinsley, PLLC
Suite 102
205 Crystal Grove Blvd.
Lutz, FL 33548
Telephone: 813-500-3636
Facsimile: 813-949-6163

Via Notices of Electronic Filing generated by CM/ECF

4