UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PETER D. CRESCENZO,

    Plaintiff,

v.                                                 Case No.: 09-cv-60685

ER SOLUTIONS, INC., and
CRI PURCHASING CORP.,

    Defendants.

_____/

**ORDER ADOPTING REPORT OF MAGISTRATE JUDGE**

THIS CAUSE is before the Court upon Plaintiff's Verified Motion for an Award of Costs and Attorney's Fees and Incorporated Memorandum of Law [DE-54], and the Report and Recommendation of Magistrate Judge Lurana S. Snow, dated August 6, 2010 [DE-60]. The Court notes that no objections to the Report have been filed, and the time for filing such objections has passed. As no timely objections were filed, the Magistrate Judge's factual findings in the Report are hereby adopted and deemed incorporated into this opinion. LoConte v. Dugger, 847 F.2d 745, 749-50 (11th Cir. 1988), cert. denied, 488 U.S. 958 (1988); RTC v. Hallmark Builders, Inc., 996 F.2d 1144, 1149 (11th Cir. 1993).

Although no timely objections were filed, the Court has conducted a *de novo* review of the Report and record and is otherwise fully advised in the premises. The Court agrees with the Magistrate Judge's conclusion that the Motion be granted in part.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.      The Report and Recommendation [DE-60] is hereby **ADOPTED** and **APPROVED**;

    2.      Plaintiff's Verified Motion for an Award of Costs and Attorney's Fees and Incorporated Memorandum of Law [DE-54] is hereby **GRANTED in part**;

    3.      Plaintiff shall be awarded attorney's fees in the amount of $4,449.00 and costs in the amount of $475.00.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 24th day of August, 2010.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record